# United States Court of Appeals
## For the First Circuit

No. 19-1864

SAMUEL KINUTHIA GICHARU,

Plaintiff - Appellant,

v.

DONNA CARR, Chief Clerk, Board of Immigration Appeals; JAMES MCHENRY, Director, Executive Office for Immigration Review; MICHAEL E. HOROWITZ, Inspector General, Civil Rights & Civil Liberties Complaints, U.S. Department of Justice,

Defendants - Appellees.

Before

Thompson and Kayatta,
Circuit Judges.

**ORDER OF COURT**

Entered: December 8, 2025

This matter is before the court on Samuel Kinuthia Gicharu's "Motion to Reconsider Motion to Recall the Mandate. Motion to Consolidate Motions to Recall Mandate . . ." and "Notice of supplementary authority." All relief requested in the filings is denied. See generally Kashner Davidson Sec. Corp. v. Mscisz, 601 F.3d 19, 22 (1st Cir. 2010) (recall-of-mandate standard).

This matter has been fully adjudicated and is closed. The clerk is directed not to accept further filings in this matter.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Joanna M. Golding, Samuel Kinuthia Gicharu, Donald C. Lockhart, Michael P. Sady, Sheetul S. Wall, Kevin Hirst, Adriana Lafaille, Matthew R. Segal, Kristin Macleod-Ball